NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 11-133 C/W CA 11-130, CA 11-131, & CA 11-132

BRIAN BERGERON

VERSUS

MADELEINE BERGERON

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE NO. C-20032145 C/W 963223 C/W 995668 C/W
993701
HONORABLE PHYLLIS M. KEATY, DISTRICT JUDGE

**********

SHANNON J. GREMILLION
JUDGE

**********

Court composed of Elizabeth A. Pickett, Billy Howard Ezell, and Shannon J. Gremillion , Judges.

AFFIRMED.

James Louis Daniels
Attorney at Law
110 E. Kaliste Saloom, Ste 210
Lafayette, LA 70508
(337) 706-8931
Counsel for Plaintiff/Appellee:
Brian Bergeron

Thomas Robert Shelton
Shelton Law Firm
P. O. Drawer 52548
Lafayette, LA 70505-2548
(337) 237-3000
Counsel for Defendant/Appellant:
Madeleine Bergeron

**GREMILLION, Judge.**

In these consolidated matters, the trial court's judgment is hereby affirmed in *Bergeron v. Bergeron*, 11-130 (La.App. 3 Cir. _/_/_), ___ So.3d ___.

**AFFIRMED FOR THE REASONS ASSIGNED.**

1